# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JOHN SHELBY SUTTON
ADC #116834                                                                                    PLAINTIFF

V.                                     5:04CV00341 GH/HDY

CORRECTIONAL MEDICAL SERVICES *et al.*                                  DEFENDANTS

### ORDER

On August 4, 2006, defendants filed a suggestion of death stating that plaintiff died on August 3, 2006. More than 90 days have passed since the suggestion of death and no motion for substitution has been made. Therefore, the Court finds that the action should be dismissed. *See Fed. R. Civ. P.* 25(a).

Accordingly, the case is hereby dismissed with prejudice.

DATED this 28th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE